UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| **WARNER CHILCOTT LABORATORIES IRELAND LIMITED, et al.,** | : | Hon. William J. Martini |
| | : | Civil Action Nos. |
| | : | 08-6304 (WJM); 09-0228 (WJM); |
| Plaintiffs, | : | 09-0469 (WJM); 09-1233 (WJM); |
| | : | 09-2073 (WJM) |
| - vs - | : | |
| | : | **ORDER** |
| **IMPAX LABORATORIES, INC., et al.,** | : | |
| Defendants. | : | |

---

**THIS MATTER** having come before the Court upon Defendants' informal application to include a patent prosecution and FDA bar in the parties' discovery confidentiality order; and the Court having considered the submissions in support of and in opposition to the request; and for the reasons stated in the Opinion issued on this date; and for good cause shown;

**IT IS** on this 29th day of October, 2009,

**ORDERED** that Defendants' application to include patent and FDA restrictions in the parties' discovery confidentiality order is **DENIED**.

       s/Mark Falk
      **MARK FALK**
      **United States Magistrate Judge**

Dated: October 29, 2009