UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| **WARNER CHILCOTT LABORATORIES IRELAND LIMITED, et al.,** | : : : : : | |
| Plaintiffs, | : : : | Hon. William J. Martini<br>Civil Action No. 08-6304 (WJM)<br>(*Lead Docket*) |
| -vs- | : : | |
| **IMPAX LABORATORIES, INC., et al.,** | : : | |
| Defendants. | : | |

\* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **WARNER CHILCOTT LABORATORIES IRELAND LIMITED, et al.,** | : : : : : | |
| Plaintiffs, | : : : | Hon. William J. Martini<br>Civil Action No. 09-228 (WJM)<br>(*Previously Consolidated on 5/7/09*) |
| -vs- | : : | |
| **SANDOZ INC.,** | : : : | |
| Defendant. | : | |

\* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **WARNER CHILCOTT LABORATORIES IRELAND LIMITED, et al.,** | : : : : : | |
| Plaintiffs, | : : : | Hon. William J. Martini<br>Civil Action No. 09-469 (WJM)<br>(*Previously Consolidated on 5/7/09*) |
| -vs- | : : | |
| **ACTAVIS ELIZABETH LLC, et al.,** | : : : | |
| Defendants. | : | |

\* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **WARNER CHILCOTT LABORATORIES IRELAND LIMITED, et al.,** | : : : : | |
| Plaintiffs, | : : : | Hon. William J. Martini<br>Civil Action No. 09-1233 (WJM)<br>(*Previously Consolidated on 5/7/09*) |
| -vs- | : : | |
| **IMPAX LABORATORIES, INC.,** | : : | |
| Defendant. | : | |

        * * * * * * * * * *

| | | |
|---|---|---|
| **WARNER CHILCOTT LABORATORIES IRELAND LIMITED, et al.,** | : : : : | |
| Plaintiffs, | : : : | Hon. William J. Martini<br>Civil Action No. 09-2073 (WJM)<br>(*Previously Consolidated on 5/7/09*) |
| -vs- | : : | |
| **MYLAN PHARMACEUTICALS INC., et al.,** | : : : | |
| Defendants. | : | |

        ******************

| | | |
|---|---|---|
| **WARNER CHILCOTT LABORATORIES IRELAND LIMITED, et al.,** | : : : : | Hon. William J. Martini<br>Civil Action No. 10-511 (WJM) |
| Plaintiffs, | : : | (*Previously Consolidated on 5/17/10*) |
| -vs- | : : | |
| **SANDOZ, INC.,** | : : | |
| Defendant. | : | |

        **************************

| | |
|---|---|
| WARNER CHILCOTT LABORATORIES IRELAND LIMITED, et al., : : : : : : : : : : : : : : :  Plaintiffs,<br><br>-vs-<br><br>HERITAGE PHARMACEUTICALS INC.,<br><br>     Defendant.<br>_____ | Hon. William J. Martini<br>Civil Action No. 10-1401 (WJM) |

**THIS MATTER** having come before the Court for a status conference on June 1, 2010; and the parties having raised the issue of consolidating for discovery purposes the recently filed action *Warner Chilcott et al. v. Heritage Pharm. Inc.*, 10-1401 (WJM) with the above related, consolidated Warner Chilcott actions previously consolidated under Docket Number 08-6304 (WJM);

and it appearing that the actions involve common questions of law and fact and common parties, and that consolidation will avoid unnecessary costs and delay;

and Defendant Heritage Pharmaceuticals representing that it will comply with the scheduling orders entered in the lead consolidated action — *i.e.*, 08-6304 (WJM); and

and with the consent of all parties;

and for good cause shown:

**IT IS** on this 3rd day of June, 2010

**ORDERED** that *Warner Chilcott, et al. v. Heritage Pharmaceuticals, Inc.*, 10-1401 (WJM) is hereby consolidated for discovery purposes only with the previously consolidated patent infringement actions, which have already been consolidated under the lead docket *Warner*

3

*Chilcott, et al.*, *v. Impax*, 08-6304 (WJM).

                                                  s/Mark Falk
                                                  **MARK FALK**
                                                  **United States Magistrate Judge**

Orig.: Clerk of the Court
cc:    Hon. William J. Martini, U.S.D.J.
       All Parties
       File